UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 09-80867-CIV-RYSKAMP/WHITE

CHRISTOPHER JOHNSON,

        Plaintiff,

v.

WARDEN WILLIE NORWOOD et al.,

        Defendants.
_____/

## ORDER ADOPTING PRELIMINARY REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the preliminary report and recommendation of Magistrate Judge Patrick A. White **[DE 11]** entered on August 6, 2009.  Neither party filed a timely objection to the report.  Pending before Judge White was plaintiff's complaint **[DE 1]** filed on June, 10, 2009.  Judge White issued the preliminary report and recommendation based on his review of the relevant portions of the docket.

This Court has conducted a *de novo* review of the motion, report and recommendation and the relevant portions of the docket.  Accordingly, it is hereby,

ORDERED AND ADJUDGED that:

(1)  The preliminary report and recommendation of Magistrate Judge White **[DE 11]** be, and the same hereby is RATIFIED, AFFIRMED and APPROVED in its entirety;

(2) The defendants Norwood and Butts be dismissed as parties to this action pursuant to U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted; and

(3) The constitutional and pendent state law claims against the defendants Hester and Rolle remain pending.

DONE AND ORDERED in Chambers at West Palm Beach, Florida, this 4 day of September, 2009.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE

Copies provided:
All counsel of record
Magistrate Judge Patricia A. White
Christopher Johnson, *pro se*